■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. SLATER, Appellant. (Appeal No. 1.) [797 NYS2d 343]— Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered December 8, 2003. The judgment convicted defendant, upon his plea of guilty, of forgery in the second degree.

Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered December 8, 2003. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Pine, JJ.